No. 73–337. SEVEN-UP CO. *v.* FEDERAL TRADE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.